# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

           **Debtor:** LOUIS S. ROOD & KARA K. PRENTICE
    **Case Number:** 16-20765-GLT          **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 29, 2016 11:30 AM   3251 US STEEL
 **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

   #24 - Final Confirmation of Plan Dated 4-4-16 (NFC)
   R / M #: 24 / 0

### *Appearances:*

   Debtor: McElrath
   Trustee: Winnecour / (Bedford) / Pail / Katz

   Creditor:

### *Proceedings:* Need W's Business docs.
Need ct 7 to be renewed

   Outcome:

   1. _____ Case Converted to Chapter 7
   2. _____ Case Converted to Chapter 11
   3. _____ Case Dismissed without Prejudice
   4. _____ Case Dismissed with Prejudice
   5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
   6. _____ The plan payment/term is increased/extended to _____, effective _____.
   7. ___✓___ Plan/Motion continued to __11-17-16__ at __2:00__.

   8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
              Objections are due on or before _____.
              A hearing on the Amended Plan is set for _____ at _____.

   9. _____ Contested Hearing: _____ at _____.
   10. _____ Other:

RECEIVED 2016 SEP 29 PM 3:08

9/22/2016    1:12:25PM