# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

- **Debtor:** LOUIS S. ROOD & KARA K. PRENTICE
- **Case Number:** 16-20765-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 17, 2016 02:00 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**_Matter:_**

#24 - Continued Confirmation of Plan Dated 4-4-2016 (NFC)
R / M #: 24 / 0

[Stamp: RECEIVED 2016 NOV 18 A 10:41 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

**_Appearances:_**

- **Debtor:** Freitag
- **Trustee:** Winnecour / (Bedford) / Pail / Katz
- **Creditor:**

**_Proceedings:_** Debtor has not provided business Questionnaire + operating reports. D's atty was to Review C#7

**Outcome:** + determine if D's have the 2008 Suzuki - no information

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 12-14-16 at 9:00.
10. _____ Other:

11/9/2016    3:46:09PM