IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
DEC 14 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re: : Case No.: 16-20765-GLT
: Chapter: 13
Louis S. Rood :
Kara K. Prentice :
: Date: 12/14/2016
*Debtor(s).* : Time: 09:00

## PROCEEDING MEMO

*MATTER:* #24 - Confirmation of Chapter 13 Plan Dated 4-4-16 (NFC)

*APPEARANCES:*
   Debtor:   Paul W. McElrath
   Trustee:  Jana Pail

*NOTES:*

Pail - Eight months have elapsed.  Plan payment is $2,475.  Payments are current.  Debtors are making direct payments.  Ms. Prentice has submitted her business questionnaire and monthly operating reports.  PNC filed Claim No. 7 which is not provided for in the plan.  Plan payment would need to increase to fund that claim (related to a 2008 Suzuki).  Would need $2,786/more.

McElrath - The 2008 Suzuki was surrendered in the prior bankruptcy case.  Claim is listed on schedule F.  The Debtors remain in possession of the 2006 Suzuki.

Pail - Suggests continuance back to conciliation to establish an accurate calculation.  Plan is likely confirmable at the payment proposed by the Debtors.  Still a concern that the calculation is accurate, though, because it is a 0% plan so funding is likely tight.

McElrath - No objection to a conciliation conference.

*OUTCOME:*

1. Matter continued to a conciliation conference on January 19, 2017 at 1:30 p.m.  (Text Order to issue).

**DATED:** 12/14/2016