# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** LOUIS S. ROOD & KARA K. PRENTICE
**Case Number:** 16-20765-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 22, 2018 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#55 - Amended Plan Dated 1/5/2018 (FC)
(As of 2/13/2018, Amended Plan Appears Unserved)
R / M #: 55 / 0

### Appearances:       Freta 6

Debtor:
Trustee: Winnecour / (Pail) Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/12/18 at 3:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/16/2018   1:57:29PM