LOCAL BANKRUPTCY FORM NO. 24

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-20765-GLT |
| Louis S. Rood and | : | |
| Kara K. Prentice, | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| _____ | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 64 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | December 5, 2018 at 9:00 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents Louis S. Rood and Kara K. Prentice.
2. This is (check one)
   _____ a final application
   __X__ an interim application
   for the period January 5, 2016 to November 6, 2018
3. Previous retainer paid to Applicant: $500.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $755.00 for Total Compensation of $4,755.00
   Total Expenses Used $ 500.00.
6. A hearing on the Application will be held in Courtroom "A," 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 at 9:00 a.m., on December 5, 2018.
7. Any written objections must be filed with the Court and served on the Applicant on or before November 26, 2018 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: November 6, 2018         Applicant or Attorney for Applicant:

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606