**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Louis S. Rood<br>Kara K. Prentice<br><br>             Debtors | CHAPTER 13<br><br>BKY. NO. 16-20765 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

          Respectfully submitted,

          **/s/James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          Attorney I.D. No. 42524
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          412-430-3594
          jwarmbrodt@kmllawgroup.com