# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:  
Debtors: Louis S. Rood and Kara K. Prentice

Case No.: 16-20765  
Loan Number (Last 4): 2614

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Select Portfolio Servicing, Inc | Bayview Loan Servicing, LLC |
|---|---|
| as servicer for Federal Home Loan Mortgage Corporation | c/o M&T Bank |
| Name of Transferee | Name of Transferor |

3217 S. Decker Lake Dr.  
Salt Lake City, UT 84115

Court Claim # (if known): 8  
Amount of Claim: $197,288.56  
Date Claim Filed: 08/01/2016

Phone: 866-247-1722  
Last Four Digits of Acct #: 2614

Last Four Digits of Acct #: 5373

Name and Address where transferee payments should be sent (if different from above):  
PO Box 65450  
Salt Lake City, UT 84165

Phone: 866-247-1722  
Last Four Digits of Acct #: 2614

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Gina Hiatt                      Date: 03/13/2019  
BK Management  
(Approved by: Michelle Enoch)

Specific Contact Information:  
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

485046-256a3106-7f23-42d7-92c8-9f6c7d5fe880