# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-20765-GLT |
| Louis S. Rood and | : | |
| Kara K. Prentice | : | CHAPTER 13 |
|     Debtors | : | |
| | : | Related to Doc. 89, 90 |
| Louis S. Rood and | : | |
| Kara K. Prentice | : | Concil Conf. |
|     Movants | : | January 30, 2020 at 2:30 PM |
| | : | |
| vs. | : | |
| | : | |
| Peoples Natural Gas and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE OF ORDER DATED DECEMBER 12, 2019 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED DECEMBER 10, 2019

    I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that on November 26, 2019 I served a true and correct copy of the Order dated December 12, 2019 Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated December 10, 2019, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification where indicated.

Executed on: <u>December 17, 2019</u>

                                                                         By:    <u>/s/ Sharla Munroe</u>
                                                                                Sharla Munroe, Paralegal
                                                                                McElrath Legal Holdings, LLC
                                                                                1641 Saw Mill Run Blvd
                                                                                Pittsburgh, PA 15210
                                                                                Tel: 412.765.3606
                                                                                Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Louis S. Rood
Kara K. Prentice
104 Ruth Place
Belle Vernon, PA 15012

American Express Bank
C/O Beckett & Lee
Malvern, PA 19355

Bank of America
450 American Street
Simi Valley, CA 93065

BAYVIEW LOAN SERVICING
PO Box 840
Buffalo, NY 14203

Belle Vernon Boro & ASD
c/o Central Tax Bureau
212 State Street
Belle Vernon, PA 15012

BVA Federal Credit Union
608 Rostraver Rd
Bethel Park, PA 15102

Chase
Post Office Box 15298
Wilmington, DE 19850

Chase
Po Box 15860
Wilmington, DE 19850

Credit Collection Service
725 Canton Street
Norwood, MA 02062

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054

FIA Card Services
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Internal Revenue Service
Insolvency Unit
POB 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Unit
POB 628
Pittsburgh, PA 15230

Internal Revenue Service
William S. Moorehead
Federal Building
1000 Liberty Avenue
Room 727
Pittsburgh, PA 15222

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0496

Peoples Natural Gas
Company, LLC
c/o S. James Wallace
845 North Lincoln Ave.
Pittsburgh, PA 15233

PNC BANK
PO BOX 94982
Cleveland, OH 44101

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

US Department Of Education
PO Box 530229
Atlanta, GA 30353

US Dept of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708