# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

02/02/2021

IN RE:

LOUIS S. ROOD                                    Case No.16-20765 GLT
KARA K. PRENTICE
104 RUTH PLACE                                   Chapter 13
BELLE VERNON,  PA  15012
XXX-XX-9398          Debtor(s)

XXX-XX-1570

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/2/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| PEOPLES NATURAL GAS CO LLC* | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:6 | ACCOUNT NO.:  8197 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  315.39 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |

| SELECT PORTFOLIO SERVICING INC A/S/F FED | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
|---|---|---|
| C/O PO BOX 65450 | Court Claim Number:8 | ACCOUNT NO.:  2614 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  CL18GOV W/PMT CHANGES*BGN 4/16*PMT/DECL*DKT4PMT-LMT*FR BAYVIEW C/C | |

| BVA FCU | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  VEHICLE |
|---|---|---|
| 608 ROSTRAVER RD | Court Claim Number: | ACCOUNT NO.:  9398 |
| | CLAIM:  3,574.65 | |
| BELLE VERNON, PA  15012 | COMMENT:  SURR/AMD PL~PRIOR PMTS RATIFIED | |

| BVA FCU | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  VEHICLE |
|---|---|---|
| 608 ROSTRAVER RD | Court Claim Number: | ACCOUNT NO.:  5001 |
| | CLAIM:  1,052.56 | |
| BELLE VERNON, PA  15012 | COMMENT:  SURR/AMD PL~PRIOR PMTS RATIFIED | |

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:3-2 | ACCOUNT NO.:  9398 |
| PO BOX 7317 | | |
| | CLAIM:  3,197.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  CL3-2GOV*$@0%/CL*14000@0%/PL*AMD | |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.:  9398 |
| STRAWBERRY SQ | | |
| | CLAIM:  510.30 | |
| HARRISBURG, PA  17128 | COMMENT:  $@0%/PL-CL | |

| AMERICAN EXPRESS BANK FSB | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O BECKET & LEE LLP | Court Claim Number:5 | ACCOUNT NO.:  2005 |
| PO BOX 3001 | | |
| | CLAIM:  6,748.02 | |
| MALVERN, PA  19355-0701 | COMMENT: | |

| CENTRAL TAX BUREAU OF PA (*)++ | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| 20 EMERSON LN STE 905 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| BRIDGEVILLE, PA  15017-3465 | COMMENT:  BELLE VERNON BORO AND ASD/SCH | |

| DISCOVER BANK(*) | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.:  2832 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| BANK OF AMERICA NA** | Trustee Claim Number:10 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15102 | Court Claim Number:4 | ACCOUNT NO.:  2399 |
| | CLAIM:  10,809.12 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:11 INT %: 0.00% <br> Court Claim Number:3-2 <br> CLAIM: 0.00 <br> COMMENT: CL3-2GOVS*AMD CL=$0 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9398 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number:12 INT %: 0.00% <br> Court Claim Number:1 <br> CLAIM: 1,851.69 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9398 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number:13 INT %: 0.00% <br> Court Claim Number:7 <br> CLAIM: 0.00 <br> COMMENT: UNS/SCH-PL*CL=$14,061.14@SEC*CL AMT=DFCNY:DFCTV CLM*W/24*DK!! | CRED DESC: VEHICLE <br> ACCOUNT NO.: 8929 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 41067 <br> NORFOLK, VA 23541-1067 | Trustee Claim Number:14 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5171 |
| **UNITED STATES DEPARTMENT OF EDUCATION** <br> C/O GREAT LAKES EDUCATIONAL LOAN SVCS II <br> PO BOX 790321 <br> ST LOUIS, MO 63179-0321 | Trustee Claim Number:15 INT %: 0.00% <br> Court Claim Number:2-2 <br> CLAIM: 58,861.43 <br> COMMENT: AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1570 |
| **BANK OF AMERICA**** <br> 7105 CORPORATE DR <br> PLANO, TX 75024 | Trustee Claim Number:16 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 15298 <br> WILMINGTON, DE 19850 | Trustee Claim Number:17 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICE** <br> POB 773 <br> NEEDHAM, MA 02494 | Trustee Claim Number:18 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION****++** <br> C/O GREAT LAKES EDUCATIONAL LN SVCS INC <br> PO BOX 530229 <br> ATLANTA, GA 30353-0229 | Trustee Claim Number:19 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:20 INT %: 4.00% <br> Court Claim Number:3-2 <br> CLAIM: 14,010.31 <br> COMMENT: CL3-2GOV*$@4%/CL*RMVD/PAP*PL*NO SEC/SCH*AMD | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 9398 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SELECT PORTFOLIO SERVICING INC A/S/F FED** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O PO BOX 65450 | Court Claim Number:8 | ACCOUNT NO.:  2614 |
| | | |
| | CLAIM:  10,467.77 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  CL18GOV*$CL-PL*THRU 3/16*FR BAYVIEW C/O M&T BANK-DOC 79 | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  0196 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMT/OE-PL*BGN 2/18*ACCT/OE*DK | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BAYVIEW LNS/PRAE | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:7 | ACCOUNT NO.:  8929 |
| | | |
| | CLAIM:  14,061.14 | |
| CLEVELAND, OH  44101 | COMMENT:  DFCTV*DEFICIENCY*W/13*DK!! | |

| | | |
|---|---|---|
| **BVA FCU** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 608 ROSTRAVER RD | Court Claim Number:NC1 | ACCOUNT NO.:  6050 |
| | | |
| | CLAIM:  0.00 | |
| BELLE VERNON, PA  15012 | COMMENT:  PMT/PL*263.81X17 REM MOS+2=LMT*BNG 10/19 | |

| | | |
|---|---|---|
| **BVA FCU** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 608 ROSTRAVER RD | Court Claim Number:NC2 | ACCOUNT NO.:  6050 |
| | | |
| | CLAIM:  0.00 | |
| BELLE VERNON, PA  15012 | COMMENT:  PMT/PL*255.15X17 REM+2=LMT*BGN 10/19 | |