**Fill in this information to identify the case:**

Debtor 1: Louis S. Rood

Debtor 2 (Spouse, if filing): Kara K. Prentice

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 16-20765-GLT

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Select Portfolio Servicing, Inc.

**Court claim no. (if known):** 8-1

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2614

**Property address:** 28 Ruth Pl
Belle Vernon, PA 15012

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

a. Total postpetition ongoing payments due: (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding + (b) $_____

c. **Total**. Add lines a and b. (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

| Debtor 1 | Louis S. Rood | Case number (*if known*) 16-20765-GLT |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.

| | /s/ Andrew M. Lubin | Date | April 26, 2021 |
|---|---|---|---|
| | Signature | | |

| Print | Andrew   M.   Lubin, Esq. | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Company | Milstead & Associates, LLC |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1 E. Stow Road |
|---|---|
| | Number      Street |

| | Marlton | NJ | 08053 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | (856) 482-1400 | Email | alubin@milsteadlaw.com |
|---|---|---|---|

Form 4100R        **Response to Notice of Final Cure Payment**        page **2**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: :<br>Louis S. Rood :<br>Kara K. Prentice, :<br>    Debtors, :<br>  :<br>Select Portfolio Servicing, Inc., :<br>    Secured Creditor, :<br>  :<br>Louis S. Rood and Kara K. Prentice, :<br>    Debtors / Respondents, :<br>  :<br>and :<br>Ronda J. Winnecour, :<br>    Trustee / Respondent. : | Bankruptcy No. 16-20765-GLT<br>Chapter 13 |

## CERTIFICATION OF SERVICE OF
## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on April 26, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Email: cmecf@chapter13trusteewdpa.com

Paul W. McElrath, Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Email: ecf@mcelrathlaw.com

**Service by First Class Mail:**

Louis S. Rood
104 Ruth Place
Belle Vernon, PA 15012

Kara K. Prentice
28 Ruth Place
Belle Vernon, PA 15012

Dated: April 26, 2021

By: /s/Andrew M. Lubin
Signature

Andrew M. Lubin, Esquire
Typed Name

1 E. Stow Road, Marlton, NJ 08053
Address

(856) 482-1400
Phone No.

54297, Pennsylvania
List Bar I.D. and State of Admission
**Attorneys for Secured Creditor**
**PAWB Local Form 7 (07/13)**