**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LOUIS S. ROOD<br>KARA K. PRENTICE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-20765<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/03/2016 and confirmed on 5/5/16 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 164,183.00 |
| Less Refunds to Debtor | 336.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 163,846.76 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,000.00 | |
|   Trustee Fee | 8,015.15 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,015.15 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SELECT PORTFOLIO SERVICING INC A/S/ | 0.00 | 101,426.58 | 0.00 | 101,426.58 |
|   Acct: 2614 | | | | |
| SELECT PORTFOLIO SERVICING INC A/S/ | 10,467.77 | 10,467.77 | 0.00 | 10,467.77 |
|   Acct: 2614 | | | | |
| INTERNAL REVENUE SERVICE* | 14,010.31 | 14,010.31 | 1,931.35 | 15,941.66 |
|   Acct: 9398 | | | | |
| BVA FCU | 3,574.65 | 3,574.65 | 598.41 | 4,173.06 |
|   Acct: 9398 | | | | |
| BVA FCU | 1,052.56 | 1,052.56 | 176.22 | 1,228.78 |
|   Acct: 5001 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8929 | | | | |
| | | | | 133,237.85 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LOUIS S. ROOD | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LOUIS S. ROOD | 336.24 | 336.24 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 750.00 | 750.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX4-18 | | | | |
| PAUL W MCELRATH JR ESQ | 750.00 | 750.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-20 | | | | |
| INTERNAL REVENUE SERVICE* | 3,197.00 | 3,197.00 | 0.00 | 3,197.00 |
|   Acct: 9398 | | | | |
| PA DEPARTMENT OF REVENUE* | 510.30 | 510.30 | 0.00 | 510.30 |
|   Acct: 9398 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 4,545.18 | 0.00 | 4,545.18 |
|   Acct: 0196 | | | | |
| BVA FCU | 0.00 | 4,748.58 | 0.00 | 4,748.58 |

16-20765                                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: 6050 | | | | |
| BVA FCU | 0.00 | 4,592.70 | 0.00 | 4,592.70 |
| Acct: 6050 | | | | |
| | | | | 17,593.76 |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 315.39 | 0.00 | 0.00 | 0.00 |
| Acct: 8197 | | | | |
| AMERICAN EXPRESS BANK FSB | 6,748.02 | 0.00 | 0.00 | 0.00 |
| Acct: 2005 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2832 | | | | |
| BANK OF AMERICA NA** | 10,809.12 | 0.00 | 0.00 | 0.00 |
| Acct: 2399 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9398 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,851.69 | 0.00 | 0.00 | 0.00 |
| Acct: 9398 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5171 | | | | |
| UNITED STATES DEPARTMENT OF EDUC | 58,861.43 | 0.00 | 0.00 | 0.00 |
| Acct: 1570 | | | | |
| PNC BANK NA | 13,490.22 | 0.00 | 0.00 | 0.00 |
| Acct: 8929 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CENTRAL TAX BUREAU OF PA (*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 150,831.61 |

TOTAL CLAIMED
PRIORITY         3,707.30
SECURED         29,105.29
UNSECURED      92,075.87

Date: 04/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LOUIS S. ROOD
    KARA K. PRENTICE
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-20765

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Louis S. Rood  
Kara K. Prentice  
    Debtors

Case No. 16-20765-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 3  
Date Rcvd: Apr 27, 2021      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis S. Rood, Kara K. Prentice, 104 Ruth Place, Belle Vernon, PA 15012-1980 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14191080 | | American Express Bank, C/O Beckett & Lee, Malvern, PA 19355 |
| 14255581 | | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14191081 | | BAYVIEW LOAN SERVICING, PO Box 840, Buffalo, NY 14203 |
| 14191083 | | BVA Federal Credit Union, 608 Rostraver Rd, Bethel Park, PA 15102 |
| 14207437 | + | Bank of America, 450 American Street, Simi Valley, CA 93065-6285 |
| 14245994 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14207439 | + | Belle Vernon Boro & ASD, c/o Central Tax Bureau, 212 State Street, Belle Vernon, PA 15012-1152 |
| 14191086 | | FIA Card Services, 4161 Piedmont Parkway, NC4 105 03 14, Greensboro, NC 27410 |
| 14263237 | + | Peoples Natural Gas Company, LLC, 205 North Main Street, Butler, PA 16001, Attention: Barbara Rodgers 16001-4904 |
| 15009898 | + | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14191093 | + | US Dept of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14268334 | | Email/Text: camanagement@mtb.com | Apr 28 2021 01:43:00 | Bayview Loan Servicing, LLC, c/o M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 14207443 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2021 01:46:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 14191085 | + | Email/Text: mrdiscen@discover.com | Apr 28 2021 01:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14191088 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 01:43:00 | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14191084 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:56:03 | Chase, Post Office Box 15298, Wilmington, DE 19850 |
| 14191090 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2021 01:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14191091 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2021 01:42:00 | PNC BANK, PO BOX 94982, Cleveland, OH 44101 |
| 14264732 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2021 01:42:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14191092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:52:40 | Portfolio Recovery, Po Box 41067, Norfolk, VA |

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 24 |

| 14195228 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2021 01:44:00 | 23541<br>Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
|---|---|---|---|

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| 14191082 | | Belle Vernon Boro & ASD, c/o Central Tax Bureau, 212 State Street |
| 14207436 | * | American Express Bank, C/O Beckett & Lee, Malvern, PA 19355 |
| 14207438 | * | BAYVIEW LOAN SERVICING, PO Box 840, Buffalo, NY 14203 |
| 14207440 | * | BVA Federal Credit Union, 608 Rostraver Rd, Bethel Park, PA 15102 |
| 14207444 | *+ | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14207445 | * | FIA Card Services, 4161 Piedmont Parkway, NC4 105 03 14, Greensboro, NC 27410 |
| 14191089 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14207448 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14207447 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14191087 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14207446 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14207441 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Post Office Box 15298, Wilmington, DE 19850 |
| 14207449 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14207450 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, PO BOX 94982, Cleveland, OH 44101 |
| 14207451 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14201975 | * | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14207453 | *+ | US Dept of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14207442 | ##+ | Chase, Po Box 15860, Wilmington, DE 19850-5860 |
| 14207452 | ##+ | US Department Of Education, PO Box 530229, Atlanta, GA 30353-0229 |

TOTAL: 2 Undeliverable, 16 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 24 |

Joshua I. Goldman
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Joint Debtor Kara K. Prentice ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
    on behalf of Debtor Louis S. Rood ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com


TOTAL: 8