| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Louis S. Rood** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9398 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kara K. Prentice** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1570 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **16–20765–GLT** | | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Louis S. Rood                                         Kara K. Prentice

    <u>6/14/21</u>                                         **By the court:**     <u>Gregory L. Taddonio</u> <br>
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                        **For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20765-GLT |
| Louis S. Rood | Chapter 13 |
| Kara K. Prentice | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 3 |
| Date Rcvd: Jun 14, 2021 | Form ID: 3180W | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis S. Rood, Kara K. Prentice, 104 Ruth Place, Belle Vernon, PA 15012-1980 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14191080 | | American Express Bank, C/O Beckett & Lee, Malvern, PA 19355 |
| 14191081 | | BAYVIEW LOAN SERVICING, PO Box 840, Buffalo, NY 14203 |
| 14191083 | | BVA Federal Credit Union, 608 Rostraver Rd, Bethel Park, PA 15102 |
| 14245994 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14207439 | + | Belle Vernon Boro & ASD, c/o Central Tax Bureau, 212 State Street, Belle Vernon, PA 15012-1152 |
| 14191086 | | FIA Card Services, 4161 Piedmont Parkway, NC4 105 03 14, Greensboro, NC 27410 |
| 14263237 | + | Peoples Natural Gas Company, LLC, 205 North Main Street, Butler, PA 16001, Attention: Barbara Rodgers 16001-4904 |
| 15009898 | + | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14191093 | + | US Dept of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 15 2021 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14255581 | | EDI: BECKLEE.COM | Jun 15 2021 03:43:00 | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14207437 | + | EDI: BANKAMER.COM | Jun 15 2021 03:43:00 | Bank of America, 450 American Street, Simi Valley, CA 93065-6285 |
| 14268334 | | Email/Text: camanagement@mtb.com | Jun 15 2021 00:04:00 | Bayview Loan Servicing, LLC, c/o M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 14207443 | + | EDI: CCS.COM | Jun 15 2021 03:43:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 14191085 | + | EDI: DISCOVER.COM | Jun 15 2021 03:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14191087 | + | EDI: IRS.COM | Jun 15 2021 03:43:00 | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14191084 | | EDI: JPMORGANCHASE | | |

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: 3180W | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 15 2021 03:43:00 | Chase, Post Office Box 15298, Wilmington, DE 19850 |
| 14191090 | | EDI: PENNDEPTREV | Jun 15 2021 03:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14191090 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 00:05:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14191091 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2021 00:04:00 | PNC BANK, PO BOX 94982, Cleveland, OH 44101 |
| 14264732 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2021 00:04:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14191092 | | EDI: PRA.COM | Jun 15 2021 03:43:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14195228 | | EDI: PENNDEPTREV | Jun 15 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14195228 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| 14191082 | | Belle Vernon Boro & ASD, c/o Central Tax Bureau, 212 State Street |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14207436 | * | American Express Bank, C/O Beckett & Lee, Malvern, PA 19355 |
| 14207438 | * | BAYVIEW LOAN SERVICING, PO Box 840, Buffalo, NY 14203 |
| 14207440 | * | BVA Federal Credit Union, 608 Rostraver Rd, Bethel Park, PA 15102 |
| 14207444 | *+ | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14207445 | * | FIA Card Services, 4161 Piedmont Parkway, NC4 105 03 14, Greensboro, NC 27410 |
| 14191089 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14207448 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14191088 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14207447 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14207446 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14207441 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Post Office Box 15298, Wilmington, DE 19850 |
| 14207449 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14207450 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, PO BOX 94982, Cleveland, OH 44101 |
| 14207451 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14201975 | * | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14207453 | *+ | US Dept of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14207442 | ##+ | Chase, Po Box 15860, Wilmington, DE 19850-5860 |
| 14207452 | ##+ | US Department Of Education, PO Box 530229, Atlanta, GA 30353-0229 |

TOTAL: 2 Undeliverable, 17 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: lfin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: 3180W | Total Noticed: 25 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Kara K. Prentice ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Louis S. Rood ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8